IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:22-CR-03071-1-BCW |
| MICAHEL E. HUNT, JR., | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation denying Defendant's motion to dismiss the indictment for Speedy Trial Act Violation. (Doc. #129). On July 12, 2024, Defendant filed an objection to the report (Doc. #132). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #129), Defendant's motion to dismiss the indictment for Speedy Trial Act Violation (Doc. #123) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation are to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: July 15, 2024   /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT